IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DYLAN MARTIN, on behalf of himself and all others similarly situated,<br><br>                       Plaintiff,<br><br>   v.<br><br>LINDENWOOD UNIVERSITY,<br><br>                       Defendant. | Case No.: 4:20-cv-01128-RLW |

**JOINT MOTION REQUESTING EXTENTION OF DEADLINES IN THE COURT'S ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION**

    Plaintiff Dylan Martin and Defendant Lindenwood Female College d/b/a Lindenwood University (the "Parties"), by and through their respective counsels, hereby respectfully submit this Joint Motion Requesting Extension of Deadlines in the Court's Order Referring Case To Alternative Dispute Resolution (Dkt. #24).  Since July 1, 2021, the Parties' counsel have conferred about several possible mediators for this action, and about scheduling for that mediation.  Last week, the Parties agreed upon a mediator, but we were informed today by the selected mediator of a conflict.  We now have to choose another neutral.  Therefore, the Parties hereby jointly request an extension of the deadline to notify the clerk of the agreed choice of mediator until and including Thursday, July 22, 2021.  Moreover, due to the difficulty finding available dates to mediate in July and August, the Parties also jointly request an extension of the deadline to conclude their ADR conferences until and including Thursday, September 30, 2021.

1

Dated: July 12, 2021                              Respectfully Submitted,

                                            By:   */s/ Joseph I. Marchese*

BURSOR & FISHER, P.A.
Joseph I. Marchese
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: jmarchese@bursor.com

*Attorneys for Plaintiff*

— and —

*/s/ Martin M. Loring*
Martin M. Loring, #29712
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
martin.loring@huschblackwell.com

and

Kyle P. Seelbach. #60382
Mohsen Pasha, #67373
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Phone: (314) 480-1500
Fax: (314) 480-1551
kyle.seelbach@huschblackwell.com
mohsen.pasha@huschblackwell.com

*Attorneys for Lindenwood University*

## CERTIFICATE OF SERVICE

I hereby certify that on the July 12, 2021, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which in turn forwarded notification of same to all counsel of record in these proceedings.

By: */s/ Joseph I. Marchese*
Joseph I. Marchese