# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DYLAN MARTIN, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Cause No. 4:20-CV-01128-RLW |
| LINDENWOOD UNIVERSITY, ) ) ) | |
| Defendant. ) | |

## DEFENDANT LINDENWOOD UNIVERSITY'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendant Lindenwood University ("Lindenwood") respectfully requests an additional twenty-six (26) days, up to and including August 30, 2021, in which to file an Answer to Plaintiff's Complaint. [Doc. 1]. In support, Lindenwood states:

1. On July 21, 2021 this Court entered its Memorandum and Order granting Lindenwood's Motion to Dismiss in part and denying it in part. [Doc. 27]

2. Lindenwood's Answer is currently due on August 4, 2021.

3. Plaintiff has served written discovery on Lindenwood, and the parties have agreed that Lindenwood's responses will be due on August 30, 2021.

4. In light of this, and in light of counsel's schedules, Lindenwood respectfully asks that it be given until August 30, 2021 to file its Answer.

5. Lindenwood's counsel consulted with Plaintiff's counsel regarding this requested extension. Plaintiff's counsel consents to the requested extension.

6. This Motion is not made for purposes of delay and will not prejudice any party.

WHEREFORE, Lindenwood respectfully requests an additional twenty-six (26) days, up to and including August 30, 2021, in which to file its Answer to Plaintiff's Complaint.

Dated: July 27, 2021

Respectfully submitted,

By: */s/ Martin M. Loring*
Martin M. Loring, #29712
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone:  (816) 983-8000
Facsimile:   (816) 983-8080
martin.loring@huschblackwell.com

and

Kyle P. Seelbach. #60382
Mohsen Pasha, #67373
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri   63105
Phone: (314) 480-1500
Fax:    (314) 480-1551
kyle.seelbach@huschblackwell.com
mohsen.pasha@huschblackwell.com

*Attorneys for Lindenwood University*

## Certificate of Service

The undersigned hereby certifies that on the 27th day of July 2021, the foregoing was filed electronically with the Clerk of Court and served via the Courts CM/ECF electronic filing system, upon all counsel of record.

*/s/ Martin M. Loring*