# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DYLAN MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20CV01128 RLW |
| LINDENWOOD UNIVERSITY, | ) |
| Defendant. | ) |

## ORDER

The Court having been advised by the appointed neutral that this action has been settled,

**IT IS HEREBY ORDERED** that the November 7, 2022, trial setting is vacated and any pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, a proposed consent judgment, or a motion for preliminary approval of the settlement.  **Failure to comply timely with this order will result in the dismissal of this action with prejudice.**

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 15th day of October, 2021.