# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DYLAN MARTIN, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>LINDENWOOD UNIVERSITY,<br><br>       Defendant. | Civil Action No. 4:20-cv-01128-RLW<br><br>Hon. Ronnie L. White |

## PLAINTIFF'S ASSENTED TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

  Plaintiff Dylan Martin ("Plaintiff") hereby moves this Court to (i) enter the Proposed Order granting Plaintiff's Assented To Motion for Preliminary Approval of Proposed Class Action Settlement, (ii) preliminarily certify the proposed Class for settlement purposes under Rule 23(b)(3) of the Federal Rules of Civil Procedure, (iii) appoint Bursor & Fisher, P.A. as Class Counsel and Plaintiff Dylan Martin as Settlement Class Representative, (iv) approve the substance, form, and manner of the Notices of Class Action Settlement for dissemination to all members of the Class, and (v) schedule a Final Approval Hearing.  Defendant assents to the relief requested.

  Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Class Action Settlement, the Declaration of Joseph I. Marchese in support of Plaintiff's Motion for Preliminary Approval and accompanying exhibits, and a [Proposed] Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

Dated:  January 5, 2022                    Respectfully submitted,

                                                       By:     */s/ Joseph I. Marchese*
                                                                Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Joseph I. Marchese, #4475983
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  jmarchese@bursor.com

*Proposed Class Counsel*