# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DYLAN MARTIN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>LINDENWOOD UNIVERSITY,<br><br>      Defendant. | Civil Action No. 4:20-cv-01128-RLW<br><br>Hon. Ronnie L. White |

## PLAINTIFF'S ASSENTED TO MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARD

Plaintiff Dylan Martin ("Plaintiff") hereby moves this Court for an order (1) approving the payment of attorneys' fees, costs, and expenses in the amount of one-third of the settlement fund, (2) granting Mr. Martin an incentive award of $5,000 in recognition of his efforts on behalf of the class, and (3) awarding such other and further relief as the Court deems reasonable and just.  Defendant assents to the relief requested.

Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Motion for Attorneys' Fees, Costs, Expenses, and Incentive Award, the Declaration of Joseph I. Marchese in support of Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Incentive Award and accompanying exhibits, and the Declaration of Dylan Martin in support of Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Incentive Award.

Dated:  March 7, 2022                                  Respectfully submitted,

                                                         By:    */s/ Joseph I. Marchese*
                                                              Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Joseph I. Marchese, #4475983
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  jmarchese@bursor.com

*Settlement Class Counsel*