# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DYLAN MARTIN, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br>v.<br><br>LINDENWOOD UNIVERSITY,<br><br>                        Defendant. | Civil Action No. 4:20-cv-01128-RLW<br><br>Hon. Ronnie L. White |

### PLAINTIFF'S ASSENTED TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Dylan Martin ("Plaintiff") hereby moves this Court to (i) enter the proposed final judgment granting Plaintiff's Assented To Motion for Final Approval of Class Action Settlement, (ii) certify the proposed Class for settlement purposes under Rule 23(b)(3) of the Federal Rules of Civil Procedure, and (iii) appoint Bursor & Fisher, P.A. as Class Counsel and Plaintiff Dylan Martin as Settlement Class Representative. Defendant assents to the relief requested.

Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Assented To Motion for Final Approval of Class Action Settlement, the Declaration of Joseph I. Marchese in support of Plaintiff's Assented To Motion for Final Approval and the exhibits attached thereto, and the Declaration of Ryan Bahry of JND Legal Administration and the exhibits attached thereto.

Dated: April 27, 2022                                     Respectfully submitted,

                                                                           By:    */s/ Joseph I. Marchese*
                                                                                    Joseph I. Marchese

                                                **BURSOR & FISHER, P.A.**
                                                Joseph I. Marchese, #4475983
                                                888 Seventh Avenue
                                                New York, NY 10019
                                                Telephone: (646) 837-7150
                                                Facsimile: (212) 989-9163
                                                Email:  jmarchese@bursor.com

                                                *Settlement Class Counsel*